OFD (12/1/11) jbk

UNITED STATES BANKRUPTCY COURT
District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

April 16, 2018

Clerk, U.S. Bankruptcy Court

BY **jbk** DEPUTY

In re
**Janet Marie Ritz**
**Pamela Annette Bradley**
*Other names used by debtor:* Bailey's Pub and Grub, Inc.
Debtor(s)

) Case No. **18–31286–pcm7**
)
)
) ORDER AND NOTICE
) REGARDING FILING OF
) DOCUMENT(S); AND NOTICE
) OF PROPOSED DISMISSAL
)

The bankruptcy CASE FILED on **4/13/18** has deficiencies.
14 DAYS TO FILE: The following required document(s) were not filed. You must file each listed document within 14 days of the CASE FILED date shown above.

> **Attorney's Disclosure of Compensation. NOTE: The debtor's case will not be dismissed for the attorney's failure to timely file this document. (Fed. Rule Bankr. Proc. 2016(b))**
>
> **A completed current version of Summary of Assets and Liabilities (Official Form 106Sum), all Schedules required for the debtor, and a signed Declaration About an Individual Debtor's Schedules (Official Form 106Dec); and a signed Statement of Financial Affairs (Official Form 107). (Fed. Rules Bankr. Proc. 1007 & 1008)**
>
> **– NOTE: The accuracy and completeness of the creditor Schedules (i.e., D–H), and the required creditor mailing list which includes all entities listed on the Schedules, are the debtor's responsibility. Such Schedules will not be compared with any creditor mailing list. Entities listed on Schedules D–H that were not listed on the creditor mailing list filed with the debtor's Petition must be added using Local Form 728 unless the only change is to correct a previously listed creditor's address, or attorney for a previously listed creditor. (Local Bankr. Rule 1009–1.)**
>
> **A Statement of Your Current Monthly Income must be filed on the current Official Form applicable in this case: 122A–1 for Chap. 7, 122B for Chap. 11 or 122C–1 for Chap. 13. [Please note: If filing 122A–1 or 122C–1, an additional form may be required. Follow the instructions on the form.]**
>
> **– Official and Local Forms may be obtained from this Court's website at www.orb.uscourts.gov (Local Bankr. Rule 9009–1). For a complete list of petition forms required for Individual Debtors, refer to Local Form 100; for Non–Individual Debtor, refer to Local Form 200.**

30 DAYS TO FILE: The following required document was not filed. You must file the listed document within 30 days of the CASE FILED date shown above.

> **A current and complete version of Individual Debtor's 11 USC §521 Statement of Intention (Local Form 521.05). (Local Bankr. Rule 1007–3)**
>
> **– Official and Local Forms may be obtained from this Court's website at www.orb.uscourts.gov (Local Bankr. Rule 9009–1). For a complete list of petition forms required for Individual Debtors, refer to Local Form 100; for Non–Individual Debtor, refer to Local Form 200.**

**IT IS HEREBY ORDERED** that, unless otherwise provided above, this case may be DISMISSED without further notice to the debtor(s) if the deficiencies outlined above are not completely and accurately corrected AND the documents FILED within the time indicated. Each document or item filed must show each DEBTOR'S NAME and the CASE NUMBER. Any document or item required to be filed using a form must be COMPLETED using the CURRENT VERSION of the form.

**Dismissal for failure to correct the deficiencies noted above may make the debtor(s) ineligible to file another petition for 180 days after dismissal pursuant to 11 USC §109(g)(1) and/or may limit the automatic stay if another petition is filed within 1 year pursuant to 11 USC §362(c)(4).**

Clerk, U.S. Bankruptcy Court